UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLA MCCARTHY,

       Plaintiff,

v.

FIRST AMERICAN TITLE
INSURANCE COMPANY,

       Defendant.
       _____/

File No: 1:05-CV-409

HON. ROBERT HOLMES BELL

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

NOW THEREFORE, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that:

Defendant's motion for summary judgment be **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** and **JUDGMENT** is entered in Defendant's favor on Plaintiff's Equal Protection Clause claim.

**IT IS FURTHER ORDERED** that Defendant's motion is **GRANTED** on Plaintiff's Title VII claims only to the extent that Defendant seeks dismissal without prejudice of

Plaintiff's Title VII claims for lack of the administrative exhaustion and the absence of the necessary right-to-sue letter.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment on the merits of Plaintiff's Title VII claims is **DENIED WITHOUT PREJUDICE**.


Dated:    May 1, 2006             /s/ Robert Holmes Bell
                                 ROBERT HOLMES BELL
                                 CHIEF UNITED STATES DISTRICT JUDGE